IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

FILED
MAY 24 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Natia Charisses Ridges,
)
)
)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Underwriters Laboratories INC
)
)
)
)
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:11-CV-250-BO
(To be assigned
by the Clerk of
District Court)

**COMPLAINT**

1. Plaintiff resides at 12200 Oakwood View DR Apt 205, Raleigh NC 27614

2. Defendant(s) name(s): Underwriters Laboratories 333 Pfingsten Rd, Northbrook IL 60062

1

Location of principal office(s) of the named defendant(s):
333 Pfingsten Rd
Northbrook IL 60062

Nature of defendant(s) business: Third-Party Safety Certification

Approximate number of individuals employed by defendant:
Over 7500 employees globally

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(q).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) _____ Termination of my employment.

(C) _____ Failure to promote me.

(D) __X__ Other acts as specified below:

Discriminated against based on Civil Rights Act of 1964, ADA.
Company had work from home policy for employees (was not) given opportunity when white colleagues were on a permanent basis to take for family members. Asked to work from home in (sick child) Oct 2009, I was told no, white colleagues were always allowed to work from home to care for family members.

5.  Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __X__ not presently employed by the defendant.

   The dates of employment were _____.

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) __X__ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6.  Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) __X__ other as specified below:
   Americas with Disabilities
   Family Responsibilities Discrimination
   FMLA

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Drew Hearn    Underwriters Laboratories INC
   My immediate supervisor

3

8. The alleged discrimination occurred on or about _____
10/2009 .

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Drew Hearn denied me same opportunities to care for minor children As white colleagues my absences were negative employment events White colleagues allowed flexible working situations to care for family members no negative events I was harassed after I filed complaint Oct 2009

10. The alleged illegal activity took place at: during my employment from 01/2009 to FEB 2011

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 10/09/2009 . I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 3/15/2011 .

4

12. I seek the following relief:

    (A) _____ recovery of back pay;

    (B) _____ reinstatement to my former job;

    (C) \_\_X\_\_ trial by jury on all issues so triable;

    and any other relief as may be appropriate, including

    injunctive orders, damages, costs and attorney's fees.

5/18/2011
Date

Nara Charisses Ridges
Signature of Plaintiff

12200 Oakwood View Dr
Apt 205
Raleigh NC 27614
919-600-1221
Address and Phone Number of Plaintiff

5

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Natia C. Ridges
12200 Oakwood View Dr
Apt 205
Raleigh, NC 27614

From: Raleigh Area Office
1309 Annapolis Drive
Raleigh, NC 27608

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2009-63883 | Nancy L. Chapman, Investigator | (919) 856-4094 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Thomas M. Colclough,
Director

03/15/2011
(Date Mailed)

Enclosures(s)

cc: Cecil W. Harrison Jr.
Attorney
POYNER SPRUILL
P.O. Box 1801
Raleigh, NC 27602